UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BENJAMIN LEE SANTIAGO, :
    Petitioner :
     :
    v. : CIVIL NO. 1:12-CV-2474
     :
MARIROSA LAMAS, *et al.*, :
    Respondents :

*O R D E R*

AND NOW, this 20th day of February, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 6), filed January 22, 2013, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report is adopted.

    2. The Clerk of Court shall transfer this case to the Eastern District of Pennsylvania.

                              /s/ William W. Caldwell
                               William W. Caldwell
                               United States District Judge